UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTER CAPITAL CORPORATION, | |
| Plaintiff, | Civil Action No. 09-2801 (JAP) |
| v. | |
| PURWIN, et al. | **ORDER** |
| Defendant. | |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni, filed on April 11, 2011; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown,

IT IS on this 3rd day of May, 2011,

ORDERED that the Report and Recommendation filed on April 11, 2011 [docket entry no. 35], recommending that Plaintiff's motion to reopen the case and for leave to file an amended complaint be denied, is hereby ADOPTED as the findings of fact and conclusions of law of this Court; and it is further

ORDERED that Plaintiff's motion [docket entry no. 14] is DENIED.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.